IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM THROWER, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. CIV-13-1181-C |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| Respondents. | ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On January 27, 2014, Judge Erwin entered a Report and Recommendation concluding that because Petitioner had not filed an application to proceed in forma pauperis or paid the initial filing fee as ordered, the action should be dismissed without prejudice. Petitioner has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 6) is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2014.

ROBIN J. CAUTHRON
United States District Judge